UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROGER KUEFFER,

        Plaintiff(s),                             No. C 12-0778 PJH

  v.                                        **ORDER OF DISMISSAL**

DIVERSIFIED COLLECTION SERVICES, INC.,

        Defendant(s).
_____/

      Plaintiff'S counsel, having advised the court that the parties have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within sixty (60) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

      If no certification is filed, after passage of sixty (60) days, the dismissal shall be **with** prejudice.  The parties may substitute their own dismissal with prejudice anytime before the expiration of the sixty day period.

      IT IS SO ORDERED.

Dated: November 15, 2012

                                                              _____
                                                              PHYLLIS J. HAMILTON
                                                              United States District Judge